UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-cv-80685-CIV-HURLEY

SANDRA SUNDERLAND, et al.,
    plaintiffs,

vs.

BETHESDA HEALTH, INC., et al.
    defendant.
_____/

**ORDER DENYING PARTIES' MOTIONS IN LIMINE [ECF 84, 89, 90]**
**&**
**DENYING PLAINTIFF'S MOTION FOR CLARIFICATION AND LIMITATION**
**OF ORDER DENYING STAY OF PROCEEDINGS [ECF 308]**

**THIS CAUSE** is before the court upon the plaintiffs' and defendants' various motions in limine [ECF 84, 89, 90] and plaintiffs' more recently filed motion for reconsideration of order denying stay.

Upon consideration, it is **ORDERED AND ADJUDGED:**

1. The parties' motions in limine [ECF 84, 89, 90] are **DENIED as MOOT, WITHOUT PREJUDICE** for any party to renew their objections to the evidentiary items in question at time of trial, together with any other motions in limine subsequently filed in the remaining claims to this proceeding.

2. The Plaintiffs' motion for clarification and limitation of order denying request for stay [ECF 308], seeking clarification as to whether the denial of a stay of proceedings pending appeal took into consideration the currently pending appeal before the Eleventh Circuit taken in this case from the final

summary judgments entered against Plaintiff Sunderland, Drumm and Donofrio [ECF 308], is **DENIED.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this __17__ day of March, 2016.

                                              Daniel T. K. Hurley
                                              United States District Judge

cc.
All counsel

For updated court information, see unofficial website at www.judgehurley.com